1  STEVEN J. BRADY, ESQ. (State Bar No. 116651)
   BRADY LAW GROUP
2  1015 Irwin Street, Suite A
   San Rafael, CA  94901
3
   Phone:  (415) 459-7300
4  Fax:    (415) 459-7303

5  Attorneys for Plaintiff
   WESLEY COLLVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESLEY COLLVER, | CASE NO. C 06-3700 EDL |
| Plaintiff, | [PROPOSED] ORDER TO ALLOW PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT |
| UNITED STATES OF AMERICA, PACIFIC HEART GROUP, INC., DAVID PLOSS, JAMES QUILLEN, AND DOES 1-50, | |
| Defendants. | |

Pursuant to the Stipulation of the parties, plaintiff may file a Third Amended Complaint.

Dated: ___August 21, 2006___      _____
                                   THE HON. ELIZABETH LAPORTE

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

1
[PROPOSED] ORDER TO ALLOW PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT