KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:   (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESLEY COLLVER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, PACIFIC HEART GROUP, INC., DAVID PLOSS, and JAMES QUILLEN,<br><br>    Defendants. | No. C 06-3700 EDL<br><br>**STIPULATION REGARDING JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND** ~~**PROPOSED**~~ **CASE MANAGEMENT ORDER**<br><br>Date:   September 12, 2006<br>Time:   10:00 a.m.<br>Place:   Courtroom E 15th Floor<br>Before: The Honorable Elizabeth D. Laporte |

**STIPULATION REGARDING TRIAL SCHEDULE & DATES**

    The Court indicated on September 12, 2006 that the trial date will be October 9, 2007. The Court also indicated that a Pretrial Conference would take place on September 18, 2007 at 2:00 p.m.

    After meeting and conferring, and considering counsels' trial commitments and personal vacation plans, the parties stipulate as follows regarding dates for expert witness disclosure and discovery and request that the Court grant the proposed order confirming the schedule.

STIPULATION REGARDING DISCOVERY/EXPERT DISCOVERY
C 06-3700EDL                                         1

|   |   |
|---|---|
| 4/13/07: | Expert witness designation |
| 4/27/07: | Deadline for completion of fact (non-expert) discovery |
| 4/27/07: | Rebuttal expert witness designation |
| 5/11/07: | Deadline for completion of expert discovery |
| 6/26/07: | Final hearing date for dispositive motions (9:00 a.m.) |

DATED: September 19, 2006         STEVEN J. BRADY

_____/s/_____
By: STEVEN J. BRADY
Attorneys for Plaintiff Wesley Collver

DATED: September 19, 2006         JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY LLP

_____/s/_____
MICHAEL MORRISON
Attorneys for Pacific Heart Group, Inc., David Ploss, and James Quillen

DATED: September 19, 2006         KEVIN V. RYAN
United States Attorney

_____/s/_____
JONATHAN U. LEE
Attorneys for Federal Defendants

**IT IS SO ORDERED:**

DATED: September 25, 2006

_____
The Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*[Signature and seal: IT IS SO ORDERED, Judge Elizabeth D. Laporte, United States District Court, Northern District of California]*

STIPULATION REGARDING DISCOVERY/EXPERT DISCOVERY
C 06-3700EDL                                       2