Michael Morrison (CSB # 72022)
Frances K. Greenleaf (CSB # 197937)
**JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP**
730 Fifth Street
P.O. Drawer 1288
Eureka, CA 95501
Telephone: (707) 445-2071
Facsimile: (707) 445-8305

Attorneys for Defendants
David Ploss, M.D., James Quillen, M.D. and Pacific Heart Group, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY COLLVER, | Case No. C 06-03700 EDL |
| Plaintiffs, | (~~PROPOSED~~) ORDER FOR DISMISSAL OF DEFENDANT JAMES QUILLEN, M.D. WITH PREJUDICE |
| v. | |
| UNITED STATES OF AMERICA, PACIFIC HEART GROUP, INC., DAVID PLOSS, JAMES QUILLEN, and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant James Quillen, M.D. is hereby dismissed from the above lawsuit, with prejudice. Each side to bear their own fees and costs.

DATED: Jan 9, 2007

The Honorable Elizabeth D. Laporte
United Stated Magistrate Judge