| | |
|---|---|
| 1 | Michael Morrison (CSB # 72022) |
| | Frances K. Greenleaf (CSB # 197937) |
| 2 | **JANSSEN, MALLOY, NEEDHAM, MORRISON,** |
| | **REINHOLTSEN & CROWLEY, LLP** |
| 3 | 730 Fifth Street |
| | P.O. Drawer 1288 |
| 4 | Eureka, CA 95501 |
| | Telephone: (707) 445-2071 |
| 5 | Facsimile: (707) 445-8305 |
| 6 | Attorneys for Defendants |
| | David Ploss, M.D., James |
| 7 | Quillen, M.D. and Pacific |
| | Heart Group, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY COLLVER,, | Case No. C 06-03700 EDL |
| Plaintiffs, | ORDER ON **STIPULATION REGARDING RULE 26(a)(1) INITIAL DISCLOSURES** |
| v. | |
| UNITED STATES OF AMERICA, PACIFIC HEART GROUP, INC., DAVID PLOSS, JAMES QUILLEN, and DOES 1-50, inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

The parties stipulate as follows regarding Rule 26(a)(1) initial disclosures and request that the Court grant the proposed order confirming the schedule for these disclosures:

    2/15/07:    Rule 26(a)(1) Initial Disclosures Due

The parties previously stipulated to certain expert witness designation and discovery dates. The previously stipulated deadline for completion of fact (non-expert) discovery is 4/27/07.

STIPULATION REGARDING RULE 26 INITIAL DISCLOSURES     1

| | | |
|---|---|---|
| 1 | Dated: January 5, 2007 | STEVEN J. BRADY |
| 2 | | By: _____/s/_____ |
| 3 | |     Steven J. Brady<br>    Attorney for Plaintiff Wesley Collver |
| 4 | | |
| 5 | Dated: January 9, 2007 | JANSSEN, MALLOY, NEEDHAM,<br>MORRISON, REINHOLTSEN & CROWLEY, LLP |
| 6 | | |
| 7 | | By: _____/s/_____<br>    Michael Morrison<br>    Attorney for Pacific Heart Group, Inc., |
| 8 | |     David Ploss, and James Quillen |
| 9 | | |
| 10 | Dated: January 5, 2007 | KEVIN V. RYAN |
| 11 | | By: _____/s/_____<br>    Jonathan U. Lee |
| 12 | |     Attorneys for Federal Defendants |

**IT IS SO ORDERED:**

DATED: January 17, 2007

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]*

STIPULATION REGARDING RULE 26 INITIAL DISCLOSURES     2