| | |
|---|---|
| 1 | Michael Morrison (CSB # 72022) |
| | Frances K. Greenleaf (CSB # 197937) |
| 2 | **JANSSEN, MALLOY, NEEDHAM, MORRISON,** |
| | **REINHOLTSEN & CROWLEY, LLP** |
| 3 | 730 Fifth Street |
| | P.O. Drawer 1288 |
| 4 | Eureka, CA 95501 |
| | Telephone: (707) 445-2071 |
| 5 | Facsimile: (707) 445-8305 |
| 6 | Attorneys for Defendants |
| | David Ploss, M.D., James |
| 7 | Quillen, M.D. and Pacific |
| | Heart Group, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESLEY COLLVER, | | Case No. C 06-03700 EDL |
| | Plaintiffs, | ORDER ON **STIPULATION REGARDING EXTENSION OF MEDIATION DEADLINE** |
| v. | | |
| UNITED STATES OF AMERICA, PACIFIC HEART GROUP, INC., DAVID PLOSS, JAMES QUILLEN, and DOES 1-50, inclusive, | | **DEMAND FOR JURY TRIAL** |
| | Defendants. | |

The parties held a phone conference with the mediator, John Skelton, Esq., on December 19, 2006. During that phone conference, the parties and the mediator agreed that the parties would benefit from additional time for discovery prior to the mediation, in order to maximize the benefits of the mediation. Consequently, the parties and the mediator set a proposed date for mediation of April 27, 2007, at 9:00 A.M.

The Court deadline for mediation, pursuant to ADR Local Rule 6-4, is currently February 27, 2007. The parties and the mediator agreed to request a time extension of the mediation from the Court.

///

STIPULATION REGARDING EXTENSION OF MEDIATION DEADLINE    1

1  Therefore, the parties hereby stipulate as follows regarding an extension to the
2  mediation deadline and respectfully request that the Court grant the proposed order
3  confirming an extended mediation deadline:

5  4/30/07:  Deadline for Mediation

7  The parties previously stipulated to certain expert witness designation and
8  discovery dates. The previously stipulated deadline for completion of fact (non-expert)
9  discovery is 4/27/07.

11 Dated: January 11, 2007      STEVEN J. BRADY

13              By: _____/s/_____
                  Steven J. Brady
                  Attorney for Plaintiff Wesley Collver

15 Dated: January 17, 2007      JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                REINHOLTSEN & CROWLEY, LLP

17              By: _____/s/_____
                  Michael Morrison
18                Attorney for Pacific Heart Group, Inc.,
                  David Ploss, and James Quillen

20 Dated: January 15, 2007      KEVIN V. RYAN

22              By: _____/s/_____
                  Jonathan U. Lee
                  Attorneys for Federal Defendants

24 **IT IS SO ORDERED:**

  *[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte]*

26 DATED: _January 17, 2007____   _____
                                  The Honorable Elizabeth D. Laporte
27                                United States Magistrate Judge

STIPULATION REGARDING EXTENSION OF MEDIATION DEADLINE                    2