1  Michael Morrison (CSB # 72022)
   Frances K. Greenleaf (CSB # 197937)
2  **JANSSEN, MALLOY, NEEDHAM, MORRISON,**
   **REINHOLTSEN & CROWLEY, LLP**
3  730 Fifth Street
   P.O. Drawer 1288
4  Eureka, CA 95501
   Telephone: (707) 445-2071
5  Facsimile:  (707) 445-8305

6  Attorneys for Defendants
   David Ploss, M.D., James Quillen, M.D.
7  and Pacific Heart Group, Inc.

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  WESLEY COLLVER,                     Case No. C 06-03700 EDL
                                        **ORDER AND**
13        Plaintiffs,                   **STIPULATION REGARDING**
                                        **EXTENSION OF DISCOVERY AND**
14  v.                                  **MEDIATION DEADLINES**

15  UNITED STATES OF AMERICA,
    PACIFIC HEART GROUP, INC., DAVID    **DEMAND FOR JURY TRIAL**
16  PLOSS, JAMES QUILLEN, and DOES
    1-50, inclusive,
17
          Defendants.
18  _____/

19

20        Discovery is on-going in this case.  The depositions of defendants and plaintiff

21  have been taken; however, additional depositions are scheduled and will be scheduled.

22  Additionally, certain document discovery is still on-going.  For these reasons, the parties

23  believe that mediation will be facilitated by additional time for discovery.

24        The parties have conferred and agreed to extend the date for certain discovery

25  deadlines and to extend the date for mediation in this matter in order to assist in

26  evaluation of the case.  Therefore, the parties hereby stipulate and move to the Court to

27  order that the following deadlines now apply:

28  / / /

STIPULATION REGARDING EXTENSION OF DISCOVERY AND MEDIATION DEADLINES          1

| | |
|---|---|
| 1. Expert witness designation: | **4/20/07** |
| 2. Deadline for completion of fact (non-expert discovery): | **5/4/07** |
| 3. Rebuttal expert witness designation: | **5/4/07** |
| 4. Deadline for completion of expert discovery: | **6/4/07** |
| 5. Deadline for ADR mediation: | **6/29/07** |
| 6. Final hearing date for dispositive motions (9:00 a.m.): | ████ **8/7/07** |

**Last day to file dispositive motions: 6/12/07;**
**Opposition due 6/26/07; Reply due 7/3/07.**

The Court previously ordered certain discovery deadlines in its Order of September 25, 2006.

Mediation in this matter is currently scheduled for April 27, 2007 with Mediator John Skelton, Esq. The parties are informed and believe that the mediator has no opposition to the extension. The Court previously granted one extension of the mediation deadline in this matter until April 30, 2007. This request for extension of the mediation deadline is made no later than 15 days before the mediation session is to be held in accordance with ADR L.R. 6-5.

Trial is currently set in this matter for October 9, 2007. The parties respectfully request that the Court grant their stipulated motion.


Dated: April __, 2007          STEVEN J. BRADY


By: _____/s/_____
       Steven J. Brady
       Attorney for Plaintiff Wesley Collver


Dated: April __, 2007          JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                 REINHOLTSEN & CROWLEY, LLP


By: _____/s/_____
       Michael Morrison
       Attorney for Pacific Heart Group, Inc.,
       David Ploss, and James Quillen

/ / /

STIPULATION REGARDING EXTENSION OF DISCOVERY AND MEDIATION DEADLINES          2

1   Dated: April __, 2007                KEVIN V. RYAN

2

3                                        By: _____/s/_____
                                              Jonathan U. Lee
                                              Attorneys for Federal Defendants
4

5   **IT IS SO ORDERED AS MODIFIED:**

6

7   DATED: __April 10, 2007_____

8                                        _____
                                         The Honorable Elizabeth D. Laporte
                                         United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXTENSION OF DISCOVERY AND MEDIATION DEADLINES          3