1  Michael Morrison (CSB # 72022)
   Frances K. Greenleaf (CSB # 197937)
2  **JANSSEN, MALLOY, NEEDHAM, MORRISON,**
   **REINHOLTSEN & CROWLEY, LLP**
3  730 Fifth Street
   P.O. Drawer 1288
4  Eureka, CA 95501
   Telephone: (707) 445-2071
5  Facsimile:  (707) 445-8305

6  Attorneys for Defendants
   David Ploss, M.D., James Quillen, M.D.
7  and Pacific Heart Group, Inc.

8

**FILED**

APR 11 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9           **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11

12  WESLEY COLLVER,                          Case No. C 06-03700 EDL

13         Plaintiffs,                       [PROPOSED] ORDER RE:
                                             MEDIATION
14  v.

15  UNITED STATES OF AMERICA,
    PACIFIC HEART GROUP, INC., DAVID
16  PLOSS, JAMES QUILLEN, and DOES
    1-50, inclusive,
17
           Defendants.
18  _____/

19

20         IT IS HEREBY ORDERED that David Ploss, M.D. and a representative of the

21  Pacific Heart Group, Inc. are excused from personally attending the April 27, 2007

22  mediation in the above-captioned action and *must* be available by telephone.

23

24  DATED: 4/11/07

25

26                                    Wayne D. Brazil
                                      ADR Magistrate Judge
27

28

PROPOSED ORDER RE: MEDIATION                                              1