| | |
|---|---|
| 1 | Michael Morrison (CSB # 72022) |
| 2 | JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP |
| 3 | 730 Fifth Street P.O. Drawer 1288 |
| 4 | Eureka, CA 95501 Telephone: (707) 445-2071 |
| 5 | Facsimile: (707-) |
| 6 | Attorneys for Defendants |
| 7 | David Ploss, M.D., James Quillen, M.D. and Pacific |
| 8 | Heart Group, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESLEY COLLVER, | CIVIL NO. 06-3700 EDL |
| Plaintiff, | REQUEST FOR DISMISSAL OF DEFENDANTS DAVID PLOSS, M.D. AND PACIFIC HEART GROUP, INC. WITH PREJUDICE (BY STIPULATION) AND ORDER THEREON |
| v. | |
| UNITED STATES OF AMERICA, PACIFIC HEART CORP., INC., DAVID PLOSS, AND JAMES QUILLEN, | |
| Defendants. | |

TO THE CLERK:

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1), IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL OF RECORD that the entire action is dismissed with prejudice as to defendants David Ploss, M.D. and Pacific Heart Group, Inc., only. Each side to bear their own fees and costs.

Dated: April 18, 2007.           BRADY LAW GROUP

By: _____/s/_____
Steven J. Brady, Attorneys for Plaintiff

/ / /

STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL WITH PREJUDICE; ORDER THEREON     1

1  Dated: April 17, 2007.                UNITED STATES ATTORNEY

3                                        By: _____/s/_____
                                             Jonathan U. Lee, Attorneys for Defendant
4                                            United States of America

5  Dated: April 17, 2007.                JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                         REINHOLTSEN & CROWLEY, LLP

                                         By: _____/s/_____
8                                            Michael Morrison, Attorneys for Defendants
                                             David Ploss, M.D. and Pacific Heart
9                                            Group, Inc.

11                                    [PROPOSED] ORDER

12           PURSUANT TO STIPULATION, IT IS SO ORDERED.

14  Dated: April 18, 2007              _____
                                       THE HONORABLE ELIZABETH D. LAPORTE
15                                     United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL WITH PREJUDICE; ORDER THEREON          2