SCOTT N. SCHOOLS (S.C. Bar 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102
Telephone:   (415) 436-6909
Facsimile:    (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESLEY COLLVER, | No. C 06-3700 EDL |
| Plaintiff, | **E-FILING CASE** |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1 |     Under Federal Rule of Civil Procedure 41(a)(1), the parties, by and through their counsel
2 | of record, hereby stipulate that the entire action is dismissed with prejudice as to defendant
3 | United States of America. Each party will bear their own fees and costs.
4 |     SO STIPULATED.
5 | DATED: June 25, 2007          LAW OFFICES OF STEVEN J. BRADY
6 |
7 |                                By: STEVEN J. BRADY
8 |                                Attorneys for Plaintiff Wesley Collver
9 | DATED: June 25, 2007          SCOTT N. SCHOOLS
10 |                                United States Attorney
11 |
12 |                                JONATHAN U. LEE
13 |                                Attorneys for Federal Defendants
14 |
15 | IT IS SO ORDERED. The Clerk shall close the file.
16 | DATED: _____
17 |                                The Honorable Elizabeth D. Laporte
                                 UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order
C 06-3700 EDL                 2

| | |
|---|---|
| 1 | Under Federal Rule of Civil Procedure 41(a)(1), the parties, by and through their counsel of record, hereby stipulate that the entire action is dismissed with prejudice as to defendant United States of America. Each party will bear their own fees and costs. |

SO STIPULATED.

DATED: June 25, 2007                LAW OFFICES OF STEVEN J. BRADY


By: STEVEN J. BRADY
Attorneys for Plaintiff Wesley Collver

DATED: June 25, 2007                SCOTT N. SCHOOLS
United States Attorney

JONATHAN U. LEE
Attorneys for Federal Defendants


**IT IS SO ORDERED. The Clerk shall close the file.**

DATED: __June 25, 2007__

The Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte]*

Stipulation and Proposed Order
C 06-3700 EDL                        2